1  MELINDA HAAG (CABN 132612)
   United States Attorney
2  THOMAS MOORE (ALBN 4305-T78O)
   Assistant United States Attorney
3  Chief, Tax Division
    450 Golden Gate Avenue, Box 36055
4   San Francisco, California 94102
    Telephone: (415) 436-7017
5   Fax:        (415) 436-7009

6  Attorneys for the United States of America

7                       UNITED STATES DISTRICT COURT

8                      NORTHERN DISTRICT OF CALIFORNIA

9                                OAKLAND DIVISION

   CITIGROPUP GLOBAL MARKETS REALTY    )
   CORPORATION,                        )    No. C-11-00909-SBA
                                       )
              Plaintiff,               )
                                       )
        v.                             )
                                       )    DISCLAIMER OF INTEREST
   JOSE CEZER DESIONGCO, et al.,       )    AND ORDER DISMISSING
                                       )    THE UNITED STATES
              Defendants.              )
                                       )

   The United States of America, by and through its undersigned counsel, hereby notifies the Court that it disclaims any interest in the real property commonly known as 816 37th Street, Oakland, California 94608 ("Property") at issue in the above-referenced action.

   It is hereby stipulated by and among the plaintiff Citigroup Global Markets Realty Corporation and defendant United States of America that the United States of America disclaims interest in the Property and that it be dismissed without prejudice from this action, that the parties to this stipulation bear their own costs, including any possible attorneys' fees or other expenses of this litigation.

                                            MELINDA HAAG
                                            United States Attorney

   /s/                                      /s/
   JEREMY C. SHAFER                         THOMAS MOORE
   Counsel for Plaintiff, Citigroup Global  Assistant United States Attorney
   Markets Realty Corporation               Tax Division

         **PURSUANT TO STIPULATION, IT IS SO ORDERED THAT DEFENDANT UNITED
          STATES OF AMERICA IS HEREBY DISMISSED WITHOUT PREJUDICE**

   Dated: 9/28/11                          _____
                                           UNITED STATES DISTRICT JUDGE