| | |
|---|---|
| 1 | MELINDA HAAG  (CABN 132612) |
|   | United States Attorney |
| 2 | THOMAS MOORE  (ALBN 4305-T78O) |
|   | Assistant United States Attorney |
| 3 | Chief, Tax Division |
|   | 450 Golden Gate Avenue, Box 36055 |
| 4 | San Francisco, California 94102 |
|   | Telephone:  (415) 436-7017 |
| 5 | Fax:          (415) 436-7009 |

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CITIGROPUP GLOBAL MARKETS REALTY CORPORATION, | No. C-11-00909-SBA |
| Plaintiff, | |
| v. | |
| JOSE CEZER DESIONGCO, et al., | DISCLAIMER OF INTEREST AND ORDER DISMISSING THE UNITED STATES |
| Defendants. | |

The United States of America, by and through its undersigned counsel, hereby notifies the Court that it disclaims any interest in the real property commonly known as 816 37th Street, Oakland, California 94608 ("Property") at issue in the above-referenced action.

It is hereby stipulated by and among the plaintiff Citigroup Global Markets Realty Corporation and defendant United States of America that the United States of America disclaims interest in the Property and that it be dismissed without prejudice from this action, that the parties to this stipulation bear their own costs, including any possible attorneys' fees or other expenses of this litigation.

MELINDA HAAG
United States Attorney

    /s/                                                              /s/
JEREMY C. SHAFER                              THOMAS MOORE
Counsel for Plaintiff, Citigroup Global       Assistant United States Attorney
Markets Realty Corporation                    Tax Division

**PURSUANT TO STIPULATION, IT IS SO ORDERED THAT DEFENDANT UNITED STATES OF AMERICA IS HEREBY DISMISSED WITHOUT PREJUDICE**

Dated: 9/28/11

_Saundra B Armstrong_
UNITED STATES DISTRICT JUDGE