UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CITIGROUP GLOBAL MARKETS REALTY CORP., a New York corporation, by and through CFC Transactions, LLC, doing business as Cohen Financial as its Servicer,<br><br>      Plaintiff,<br><br>  vs.<br><br>JOSE CEVER DESIONGO, et al.,<br><br>      Defendants. | Case No: C 11-00909 SBA<br><br>**ORDER TO SHOW CAUSE RE REMAND** |

Defendant United States of America removed this action under 28 U.S.C. § 1442 and 1444, which permit the removal of actions brought against the United States. The United States has since been dismissed from the action. Dkt. 16. Since the United States no longer is a party to the action and only state law claims are alleged in the Complaint, it appears that the action should be remanded to state court. Accordingly,

IT IS HEREBY ORDERED THAT the parties shall show cause in writing why the instant action should not be remanded to the Alameda County Superior Court. The parties shall submit their written response to this Order by October 3, 2011. The failure to respond to this Order will be construed as a consent to the remand of this action. The Case Management Conference scheduled for September 29, 2011 is VACATED.

IT IS SO ORDERED.

Dated: September 29, 2011

                                                    _/s/ Saundra B. Armstrong_
                                                    SAUNDRA BROWN ARMSTRONG
                                                    United States District Judge