UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CITIGROUP GLOBAL MARKETS REALTY CORP., a New York corporation, by and through CFC Transactions, LLC, doing business as Cohen Financial as its Servicer,<br><br>Plaintiff,<br><br>vs.<br><br>JOSE CEVER DESIONGO, et al.,<br><br>Defendants. | Case No: C 11-00909 SBA<br><br>**ORDER REMANDING ACTION** |

Having received no response to the Court's Order to Show Cause why the instant action should not be remanded to the Superior Court of California, County of Alameda,

IT IS HEREBY ORDERED THAT the instant action is REMANDED to the Superior Court of California, County of Alameda. The Clerk shall close the file.

IT IS SO ORDERED.

Dated: November 3, 2011

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge